**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-00706-VAP (DTBx)                              Date: February 27, 2015

Title:   ELIZABETH VALLADARES, ETC. -v- INSOMNIAC, INC., ETC.; ET AL
================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

   None                                 None

PROCEEDINGS:    MINUTE ORDER EXTENDING DEADLINE ON ORDER TO SHOW CAUSE RE: RECORDKEEPING FLSA CLAIM TO MARCH 23, 2015 (IN CHAMBERS)

   On January 29, 2015, the Court granted Defendants' Motion for Partial Summary Judgment as to Plaintiff's overtime and minimum wage FLSA claims, and it ordered Plaintiff to show cause by February 23, 2015, why it should not dismiss her remaining federal claim -- her recordkeeping FLSA claim.  (Doc. No. 39.)

   On February 20, 2015, Plaintiff filed a Request for Hearing on [the Court's Order to Show Cause] to Allow Plaintiff Time to File Motion for Leave to File Second Amended Complaint to Add Additional Plaintiff.  (Doc. No. 43.)  The Court will not hold a hearing on the order to show cause; instead, it extends the deadline for Plaintiff to respond to the order to March 23, 2015.  Filing a motion for leave to file a second amended complaint, or a stipulation to file a second amended complaint, will also vacate the order to show cause.

MINUTES FORM 11                                         Initials of Deputy Clerk <u>md/wr</u>
CIVIL -- GEN                       Page 1

**EDCV 14-00706-VAP (DTBx)**
**ELIZABETH VALLADARES, ETC. v. INSOMNIAC, INC., ETC.; ET AL**
**MINUTE ORDER of February 27, 2015**

Accordingly, Plaintiff must, by March 23, 2015, file one of the following:
1. a response to the Court's order to show cause re recordkeeping FLSA claim;
2. motion for leave to file second amended complaint to add additional plaintiff;
3. stipulation to file second amended complaint to add additional plaintiff.

**IT IS SO ORDERED.**