**JS-6**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH VALLADARES, ETC., | ) ) ) | Case No. EDCV 14-00706-VAP (DTBx) |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| INSOMNIAC, INC., ETC., ET AL, | ) ) ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's first and second claims are DISMISSED WITH PREJUDICE, her third claim DISMISSED WITHOUT PREJUDICE, and this action, containing only state law claims, REMANDED to the Superior Court of San

1  Bernardino County.  The Court orders that such judgment
2  be entered.
3
4
5  Dated: March 26, 2015
6                                    VIRGINIA A. PHILLIPS
                                     United States District Judge

2